IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE J. HAYDEN,<br>　　　　Plaintiff, | )<br>)<br>) | CASE NO. 06-00438 |
| vs. | )<br>) | Judge Lancaster |
| COMMISSIONER OF SOCIAL SECURITY<br>SOCIAL SECURITY,<br>　　　　Defendant. | )<br>)<br>)<br>) | |

**ORDER**

AND NOW, this 22nd day of Aug, 2006, it is hereby

ORDERED, ADJUDGED and DECREED, that Plaintiff's Motion to Dismiss is GRANTED and said matter is DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge